

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021
```

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

Neil V. Mody
Partner
NMody@connellfoley.com

December 16, 2021

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   Paul Napoli and Marie Kaiser Napoli v. Chartis Property Casualty Company, now known as AIG Property Casualty Company, and National Surety Corporation
**Docket No.:** **1:21-cv-09279-AJN-RWL**

Dear Judge Lehrburger,

This office represents Defendant, Chartis Property Casualty Company, now known as AIG Property Casualty Company ("AIGPCC"), in the above-referenced matter. Without waiving any affirmative defenses, we submit this letter motion requesting an extension of AIGPCC's time to answer, move, or otherwise respond to the Complaint. This letter motion is submitted pursuant to Your Honor's Individual Rule I.(F). No prior extensions have been requested.

Our records indicate that AIGPCC was served with Plaintiffs' Complaint on November 30, 2021, making AIGPCC's response to the Complaint due December 21, 2021. We request an extension of this deadline to January 17, 2022. The extension is requested in light of the upcoming holidays and to permit my office the requisite time to obtain and review the documents related to this new case. Counsel for Plaintiffs has kindly consented to the requested extension.

Respectfully submitted,

/s/ Neil V. Mody

Neil V. Mody

cc:   All Counsel of Record (via ECF)

SO ORDERED:
12/16/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Roseland   Jersey City   Newark   New York
www.connellfoley.com

6240884-1