```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL NAPOLI et al.,

                         Plaintiffs,

          - against -

CHARTIS PROPERTY CASUALTY CO. et al,

                         Defendants.
------------------------------------------------------------X

21-CV-9279 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The memorandum of law filed by Plaintiff at Dkt. 30 does not include a table of contents or table of authorities. Accordingly, by **March 7, 2022**, Plaintiff shall file an amended memorandum that includes those items.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: March 1, 2022
       New York, New York

Copies transmitted this date to all counsel of record.