**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL NAPOLI and MARIE KAISER NAPOLI,

                     Plaintiffs,

    -against-                                   21 **CIVIL** 9279 (JSR)(RWL)

                                                        **<u>JUDGMENT</u>**

NATIONAL SURETY CORPORATION,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 10, 2022, NSC's motion to dismiss the amended complaint is granted with prejudice.

**Dated:** New York, New York

        June 13, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                                    **Deputy Clerk**